## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

ID 05B3242
DAVid JoHNSON

Write the full name of each plaintiff.

N.Y.P.D -against- officer
LAUREN Helmeset
#31755 MTS pct
Station

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

25 CV 10728

(Include case number if one has been assigned)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No


RECEIVED
DEC 23 2025
PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_David          L.          Johnson     ID 25B3242_

First Name           Middle Initial             Last Name

_None_

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_25B3242 NYSid #5549683J._

Current Place of Detention

_Wende Correctional Wende Rd, PoBox 1187_

Institutional Address

_Alden           NY           14004- 1187_

County, City                       State                   Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:     _Lauren Helmeset_        _31755_
                First Name                  Last Name                Shield #

Current Job Title (or other identifying information)
       _Police officer  at_

Current Work Address
       _M TS Pct station_

County, City                State           Zip Code
       _New York NY_

Defendant 2:     _____
                  First Name                  Last Name                Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State           Zip Code

Defendant 3:     _____
                  First Name                  Last Name                Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State           Zip Code

Defendant 4:     _____
                  First Name                  Last Name                Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State           Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: MTS Police station

Date(s) of occurrence: 10 - 19 - 23

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Dec 19th 2023, was arrested. BY defendant Lauren Helmeset # 31755 of MTs Pct. Due to a claim, Criminal matter, from date of 11-17-23 County of New York Plaintiff David JoHNSON, arrested for a matter did not Know about, before or after 12-19-23 arrest.

4/29/24, Above matter

Dismissed, Against

plaintiff

David JoHNSON.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to the false arrest of charges. By the defendant, 12-19-23 of Pain of mental stress, also hardship

**VI.  RELIEF**

State briefly what money damages or other relief you want the court to order.

Due to claim also records of

dismiss of charges, against

David JoHnson, Plaintiff. Request the court to order Money damages of Sum $250,000.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 12-14-25 | _(signature)_ |
| Dated | Plaintiff's Signature |

DAvid          L.          JoHNSoN   25 B 3242
First Name          Middle Initial     Last Name

Wende correctional wende Rd
Prison Address

PO Box 1187 Alden NY          14004-1187
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID JOHNSON,

                              Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 4719 (JPC) (SLC)

HERBERT WROTEN, et al.,                                 **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, November 13, 2025, the Court orders as follows:

1. Defendants shall draft a stipulation memorializing the parties' agreement:

    a. to dismiss Plaintiff's allegations related to his arrests on October 23, 2023 (the "Oct. 2023 arrests") and December 19, 2023 (the "Dec. 2023 arrest") so that only the allegations related to the May 28, 2023 arrests remain in this action; and

    b. that Plaintiff may file two separate complaints related to the Oct. 2023 and Dec. 2023 arrests.

2. Defendants shall share the stipulation with Plaintiff and file the stipulation once it is signed by all parties.

3. Defendants shall request a copy of the transcript of today's conference by **Monday, November 17, 2025**.

4. Elmira Correctional Facility and any other facility that houses Plaintiff in the future

shall permit Plaintiff to add defense counsel's phone number to his approved call

list.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's

address on the docket.

Dated:        New York, New York
              November 13, 2025

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    United States Magistrate Judge

2



**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: David Johnson   DIN: 25B3242 A

A-V-023

$1.32

Legal Mail

Docket # 25C104719   Office of
united states District court for
Southern District of New York
Attn. Pro Se Intake unit
500 Pearl Street
New York, NY 10007

DEC 16 2025